# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Holwell, Richard J. | 2. Court or Organization<br><br>USDC/SDNY | 3. Date of Report<br><br>6/18/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Retired | 5a. Report Type (check appropriate type)<br>☐ Nomination,    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>500 Pearl St.<br>Chambers 1950<br>New York, NY 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Van Duyn (SEE SECTION VIII, Paragraph 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/01/2000 | Please see section VIII, paragraph 2. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | White & Case LLP (post retirement payments fixed at time of retirement on November 1, 2003. | $31,737.96 |
| 2. 2011 | White & Case LLP (Pension) | $52,468.44 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed architect |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Duyn Assoc., NY, NY | E | Rent | P1 | W | | | | | |
| 2. Bell South Common Stock (certificate) | A | Dividend | J | T | | | | | |
| 3. Brokerage Account(Schwab Reg) # 1 | | | | | | | | | |
| 4. - Ford Motor Credit | A | Interest | L | T | | | | | |
| 5. - Tortoise Energy Infrastrucutres | C | Dividend | L | T | | | | | |
| 6. - Baird Core Plus | B | Interest | M | T | | | | | |
| 7. - PIMCO Mortgage Backed Sec | D | Interest | M | T | | | | | |
| 8. - NY City Muni Wtr Fin, 6/15/24 | D | Interest | M | T | | | | | |
| 9. - NYS Dorm Revs St Supp, 2/15/16 | C | Interest | M | T | | | | | |
| 10. - PIMCO Total Return | D | Interest | L | T | Sold (part) | 11/23/11 | K | A | |
| 11. - Aston Lake Partners Fund | A | Dividend | K | T | | | | | |
| 12. - PIMCO Global Multi Asset | B | Int./Div. | K | T | | | | | |
| 13. - Schwab Money Market Fund | A | Int./Div. | M | T | | | | | |
| 14. - Vanguard S-T Inv Grade | D | Interest | L | T | Sold (part) | 06/28/11 | K | A | |
| 15. - Vanguard S-T Inv Grade | | | | | Sold (part) | 08/25/11 | K | A | |
| 16. - Vanguard S-T Inv Grade | | | | | Sold (part) | 09/30/11 | K | A | |
| 17. - SPDR S&P Div | D | Dividend | N | T | Sold (part) | 12/09/11 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SPDR S&P Div | | | | | Sold (part) | 06/27/11 | K | D | |
| 19. - SPDR S&P Div | | | | | Sold (part) | 12/06/11 | M | D | |
| 20. - Baird Int Muni Bond Fund | C | Int./Div. | L | T | Sold (part) | 01/12/11 | L | A | |
| 21. Merrill Lynch IRA | A | Dividend | L | T | | | | | |
| 22. - ML Pacific Bond Fund | | | | | | | | | |
| 23. Brokerage Acct Schwab IRA #1 | F | Int./Div. | P1 | T | | | | | |
| 24. - Ishares MSCI Aus Idx Fd | | | | | | | | | |
| 25. - Bishop Volatiltiy Fund | | | | | Buy | 03/16/11 | K | | |
| 26. - JP Morgan Alerian | | | | | Buy | 03/23/11 | K | | |
| 27. - MS CAP TR III | | | | | | | | | |
| 28. - Buffalo Mid Cap | | | | | | | | | |
| 29. - Oakmark Equity Income | | | | | | | | | |
| 30. - PIMCO Total Return Inst | | | | | | | | | |
| 31. - PIMCO Total Return D | | | | | Sold | 02/16/11 | M | | |
| 32. - Terex Corp Bond | | | | | Sold | 01/15/11 | M | | |
| 33. - Morgan Stanley Bond (reported incorrectly was full sale) | | | | | | | | | |
| 34. - Schwab Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dow Chem Bond | | | | | | | | | |
| 36. - Baird I-T Bond Fund | | | | | | | | | |
| 37. - JP Morgan Emerg Mkt Debt | | | | | | | | | |
| 38. - JP Morgan Strategic Income | | | | | | | | | |
| 39. - PIMCO Foreign Bond | | | | | | | | | |
| 40. - JP Morgan Mortgage Backed Sec | | | | | | | | | |
| 41. - Matthews India | | | | | Sold | 02/11/11 | M | | |
| 42. - Ishares TR S&P Mid Cap | | | | | | | | | |
| 43. - PIMCO Global Multi Asset | | | | | Buy | 03/25/11 | K | | |
| 44. - Royce Low Priced Stock Fund | | | | | Buy | 01/11/11 | L | | |
| 45. - TFS Market Neutral | | | | | Buy | 03/29/11 | L | | |
| 46. - Merk Hard Currency | | | | | Buy | 09/08/11 | K | | |
| 47. Brokerage Account Schwab IRA # 2 | C | Int./Div. | M | T | | | | | |
| 48. - Metro West Total Return | | | | | | | | | |
| 49. - Oakmark Equity Income | | | | | | | | | |
| 50. - TCW Total Return | | | | | | | | | |
| 51. - JP Morgan Strategic Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Permanent Portfolio (PRPFX) | | | | | | | | | |
| 53. - Eaton Vance Global Macro | | | | | | | | | |
| 54. Fidelity Annuity | | None | J | T | | | | | |
| 55. - Fidelity Money Market Fund | | | | | | | | | |
| 56. White & Case SIP | E | Int./Div. | P1 | T | | | | | |
| 57. - Pimco Total Return | | | | | | | | | |
| 58. - State Street Money Market Fund | | | | | | | | | |
| 59. - Permanent Portfolio (PRPFX) | | | | | Buy (add'l) | 11/15/11 | L | | |
| 60. - PIMCO Global Multi Asset | | | | | Buy (add'l) | 11/15/11 | K | | |
| 61. - Vanguard Infl Protection (partial sale in 2009, not total) | | | | | | | | | |
| 62. - TCW High Yield | | | | | | | | | |
| 63. - ING Money Market Fund | | | | | | | | | |
| 64. - Ishares Brazil | | | | | | | | | |
| 65. - Sector SPDR Energy | | | | | Sold | 08/08/11 | M | | |
| 66. - TFS Market Neutral | | | | | | | | | |
| 67. - PIMCO High Yield | | | | | Sold (part) | 10/15/11 | K | | |
| 68. - PIMCO Mortgage Backed | | | | | Buy (add'l) | 11/15/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SPDR Index SHS S&P China | | | | | | | | | |
| 70. - Vanguard Short Term Inv Grade | | | | | | | | | |
| 71. - Wintergreen (WGRNX) | | | | | | | | | |
| 72. - Fidelity Capital & Income | | | K | T | Buy | 02/17/11 | L | | |
| 73. - Fidelity Capital & Income | | | | | Sold (part) | 10/15/11 | K | | |
| 74. - PIMCO Income Fund | | | L | T | Buy | 03/02/11 | K | | |
| 75. - TCW Emerg Mkts | | | K | T | Buy | 03/30/11 | K | | |
| 76. - TFS Small Cap | | | | | Buy | 03/02/11 | K | | |
| 77. - TFS Smal Cap | | | | | Sold | 10/15/11 | K | | |
| 78. - Sector SPDR Energy | | | | | Sold | 08/11/11 | M | | |
| 79. - Marsico Flex Cap | | | | | Buy | 03/02/11 | K | | |
| 80. - Marsico Flex Cap | | | | | Sold | 08/11/11 | K | | |
| 81. Schwab IRA # 3 | A | Int./Div. | J | T | | | | | |
| 82. - TCW Total Return | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Regarding Section I:

Partner, Van Duyn Associates. Van Duyn Associates is a general partnership formed under New York law pursuant to a restated and amended agreement dated December 21, 1979. I              60% interest in the partnership which owns the building

2. Regarding Section II:

White & Case Savings and Investment Plan ("SIP"). White & Case is my former law firm. The White & Case SIP was originally established in 1983. It is a qualified 401(K) plan. Subject to certain qualifications, all employees can participate in the plan and may remain in the plan after retirement. Participants are able to select their investments from among a limited list of mutual funds only. In addition, a brokerage account is also available to participants that allows for additional investments.

White & Case Retirement Income Plan ("RIP"). White Case is my former law firm. Tbe White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. Tbe RIP provides upon retirement an annual benefit which is a percentage of the total compensation earned by a participant during membership in tbe plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investment.

White & Case Partnership Agreement. White & Case is my former law firm. Tbe amended and restated partnership agreement dated August 1, 2000 governs the operation of the Firm. The equity partners of the Firm are parties to the agreement. Upon ceasing to he an equity partner, such partner's capital account is fixed and distributed in monthly payments over a term of six years. All such payments were made by December 31, 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J. | 6/18/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Holwell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544